KELLY-SPRINGFIELD TIRE COMPANY, Respondent, v. PAUL ZEE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

EDGAR J. CUSHMAN and Others, Respondents, v. TOWN OF ELLISBURG, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CECERE, Appellant, v. EDGAR S. JENNINGS, as Warden of the State Prison at Auburn, N. Y., and the Clerk Thereof, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

EDWARD A. JANDORF and Another, Respondents, v. WIMAN H. SMITH and Another, as Executors, etc., of JOHN H. SMITH, Deceased, Appellants.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

FRANCES McFARLANE, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Application of CHILDREN'S AID AND SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, OF ERIE COUNTY, NEW YORK, for a Mandamus Order against FRANK X. SCHWAB, as Mayor of the City of Buffalo.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GLADYS K. BOEIJINK, Respondent, v. GORDON H. BOEIJINK, Appellant.— Motion granted and appeal dismissed. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

MARIE WILKINSON, Respondent, v. CHARLOTTE H. GIBSON, Appellant.— Appeal dismissed unless ready for argument November fifteenth. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

CHARLES D. OWENS, Respondent, v. GEORGE S. WATERHOUSE and Others, Appellants.— Motion granted to substitute Community Trust Company of Middleport as executor of the will of George S. Bennett, deceased, as defendant herein in the place and stead of said George S. Bennett. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

MARGARET GOODRICH, Respondent, v. HARRY A. SOLOMON, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

ERVIN LUNGER, Respondent, v. HARRY A. SOLOMON, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

JOHN KEANE, Respondent, v. HARRY A. SOLOMON, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.